IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO.: 9:05-9 |
| | ) | |
| ROBERT DAVIDS | ) | |

## ORDER EXTENDING TIME FOR DETERMINATION OF RESTITUTION

Upon motion of the United States, there being no objection by either the Defendant in this case or the victim, WebMD Health Services Corporation, and good cause having been shown,

IT IS HEREBY ORDERED that the 90-day time limit of 18 U.S.C. § 3664 (b)(5) is extended until further order of the Court, and further that the government, the defendant and the victim should submit an agreement regarding the final amount of restitution to be ordered as part of the defendant's sentence on or before December 21, 2011, and finally that if no such agreement is submitted by that date, the Court will set a hearing date in January 2012 to determine restitution.

SO ORDERED this 4th day of November, 2011, at Charleston South Carolina.

Honorable Sol Blatt Jr.
Senior United States District Judge

1